IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03973-PAB-CYC

JEFFREY DELBRIDGE,

    Plaintiff,

v.

JARED POLIS,
MOSES ANDRE STANCIL,
ALLISON TALLEY, and
AMANDA RETTING,

    Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Cyrus Y. Chung, United States Magistrate Judge.**

Before the Court is the plaintiff's Motion to Voluntarily Dismiss his Third Claim for Damages Against Defendants in their Official Capacities. ECF No. 3. As the motion to dismiss is submitted by the plaintiff, the Court does not wait for a response from the defendants. *See* D.C.COLO.LCivR 7.1(d). Accordingly, the Court respectfully **RECOMMENDS**[1] that the

---

[1] Be advised that all parties shall have fourteen days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen days after being served with a copy may bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted or adopted by the District Court. *Duffield v. Jackson*, 545 F.3d 1234, 1237 (10th Cir. 2008) (quoting *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991)). Finally, all parties must consult and comply

Motion to Dismiss the plaintiff's Third Claim against the defendants in their Official Capacities, ECF No. 3, be **GRANTED**.

      Respectfully submitted this 6th day of January, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge

---

with the District Judge's practice standards for any specific requirements concerning the filing and briefing of objections.